**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

---

NOLAN JOSEPH BARDELL                    CIVIL ACTION NO. 25-1406

VERSUS                                  JUDGE ALEXANDER C. VAN HOOK

WALMART, INC.                           MAGISTRATE JUDGE McCLUSKY

---

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 24, the plaintiff's motion to remand, Record Document 11, as well as defendant's memorandum in opposition and plaintiff's reply, Record Documents 13 and 14, and with no written objections to the Report and Recommendation having been filed, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that the plaintiff's motion to remand is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of June, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE